# EXHIBIT A

## DECLARATION OF CYNTHIA FIRST

I, Cynthia First, declare as follows:

- My name is Cynthia First. I am over the age of 18 and competent to make this declaration. I reside in Reading, MA. I am a friend of Vilma Blanci Arreaga Barrios ("Vilma").

- Since Thursday, January 22, 2026, I have gone to the ICE facility in Burlington, Massachusetts, where Vilma is being held, multiple times; Fri. 1/23 total hours spent there ~4 hours, Sat. 1/24 10am visit, trying to get noticed while a gentleman was getting released ~ 45min., Sunday 1/25 drive by, no one there at about 11am, Mon. 1/26 around 1:30 the security guards were there, but no officers behind the glass, security said I could not check if she's still there, nor visit her to check on her wellbeing and to try to maintain contact with her.

- On 1/23, 1/24, 1/25 and 1/26, I attempted to visit Vilma at the Burlington ICE facility. Each time, I followed the facility's procedures for visiting and/or attempting to communicate with her, including waiting in line at the appropriate window, providing her A number, presenting other documents that might be helpful and waiting patiently.

- During these visits, I personally observed the following: everyone waiting with a sense of futility, the lobby is beyond the security foyer that is behind a locked door that people have to be noticed outside in the cold for a security guard to open the door and hear their claim and they are either turned away or scanned and told to go to one of three windows. Window #1 is for bond, I never saw anyone at window number 2 and window #3 was where I was directed to identify Vilma's "A number" Most people who are let in are told by security to stand in line at window #3. While I was there a woman with three teenage and younger kids was waiting and eventually a man (I presumed to be their father) came out and sat with them, but I do not recall if he was able to leave with them. Saturday, the day they ignored me out in the cold trying to get anyone to open the door and talk to me, I observed a man in blue sweatpants and a grey thermal shirt sitting, waiting, very near the exit door next to the security lobby. Then he made a FaceTime call from his phone and showed the person some paperwork he had in his hands and wiped tears from his eyes. He kept coming to the door and looking out, eventually an Uber pulled up and he came out the exit door, I asked him if they were letting him go and he said, "yes I think so" . I wanted to dash in the exit door, but I didn't want to get him or myself in trouble, so I left shortly after he left. The other weird thing was on the initial day, Fri. 1/23 when I was there multiple times because an officer told me she would be released to me but it would take a couple hours. Then he told me to go get lunch or something because it would be a few hours, I was scared they would close and not let me back in, but then the security guard told me they move everyone out of the lobby at 4pm, so I came back at 3:40 thinking that she would be ready to come out with me. Instead the officer, Ahmet, met me in the glass vestibule entry and suggested I come in because it was so cold out, he apologized that he was not going to release her and that I had waited all afternoon for her, I believe he was genuinely sorry, tho, unfortunately I didn't think to ask to at least see her then and there, but I have asked subsequently to see her and they scoff and say that is not possible. I have since asked the security guards directly and they say there are no visiting privileges. Based on my firsthand experience, it was clear to me that it was very difficult to obtain

information or reliably communicate with someone being held there.

- On 1/26/26, I was able to speak with Vilma by phone being patched through by her daughter who she had called. During that conversation, Vilma sounded anxious, scared, unsure of what to do, distressed and insecure about her security. She told me she had been held at the Burlington facility since January 22, 2026, and that the conditions were very difficult, she had been carted off to Logan airport twice, the first time was Friday 1/23 where she and everyone else in the transport was put on an airplane yet as it was about to take off she and another detainee were taken off the plane and back to Burlington. The same thing happened again the next day, she was taken to Logan, but not boarded on a plane and then back to Burlington which incited great fear in her.

- In our conversation, Vilma told me that the women detained there did not have beds or mattresses and that she was not able to sleep much at all. She told me that she was receiving very little food, mainly macaroni and cheese and water.

- Vilma also told me that she was rarely allowed to contact her family and that it was extremely difficult for her to communicate with others outside detention. When she was able to contact her daughter who connected me, she was speaking really fast and got told to get off the phone less than 10 minutes after I was on with them. She told me that she was unable to access legal counsel in a meaningful way while being held at the Burlington facility.

- Based on my near-daily visits to this facility and my conversation with Vilma, I am very concerned for her health and wellbeing. The facility's restrictions and the conditions Vilma reported make it difficult for her to maintain family contact and to obtain legal assistance while detained.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 27, 2026, at [CITY, STATE].

_____    1/27/26    ACTON, MA. 01720

**Cynthia First**