UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VILMA BLANCI ARREAGA BARRIOS,
    Petitioner,

v.

CIVIL ACTION NO.
26-10336-BEM

PATRICIA HYDE, Field Office Director,
TODD LYONS, Acting Director Of
U.S. Immigration and Customs Enforcement and
KRISTI NOEM, Secretary of Homeland Security,

    Respondents.

## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #10) issued on January 29, 2026, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

Deputy Clerk

DATED: February 12, 2026